**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| **JAMES COAN** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **CHEYENNE TIRE COMPANY,** | § | |
| **COOPER TIRE & RUBBER** | § | **Civil Action No. _7:24-cv-265** |
| **COMPANY, COOPER TIRE &** | § | |
| **RUBBER COMPANY LLC, AND** | § | **Jury Requested** |
| **THE GOODYEAR TIRE & RUBBER** | § | |
| **COMPANY d/b/a COOPER TIRE** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

## EXHIBIT 1 TO CIVIL COVER SHEET

### Section 1(c) (Attorneys):

- **Plaintiff's Attorneys:**

  Kevin B. Miller
  Matthew J. Olivarez
  THE LAW OFFICES OF MILLER & BICKLEIN, P.C.
  1330 E. 8th Street, Suite 410
  Odessa, TX 79761
  Telephone:    (432) 550-3006
  Facsimile:    (432) 362-4624
  kevin@mblaw.org
  matthew@mblaw.org

- **Defendants' Attorneys:**

  **Cooper Tire & Rubber Company LLC and The Goodyear Tire & Rubber Company**
  Jack E. Little, Jr.
  Avery E. Tennis
  WEINSTEIN TIPPETTS & LITTLE LLP



EXHIBIT
**A-1**

7500 San Felipe, Suite 500
Houston, TX  77063
Telephone:    (713) 244-0800
Facsimile:    (713) 244-0801
jack.little@wtllaw.com
avery.tennis@wtllaw.com

**Cheyenne Tire Company**

Dax D. Voss
Joshua D. Frost
FIELD MANNING STONE AYCOCK P.C.
2112 Indiana Ave.
Lubbock, TX 79410
Telephone:    (806) 796-4000
Facsimile:    (806) 792-9148
dvoss@lubbocklawfirm.com
jfrost@lubbocklawfirm.com